**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ESTATE OF DOROTHY PRINCE and
PATRICIA BURGESS, as Trustee of the
Prince Family Trust

                Plaintiffs,

-vs-                                                  Case No.  8:07-cv-1594-T-24EAJ

AETNA LIFE INSURANCE
COMPANY, BP CORPORATION
NORTH AMERICA, INC., and BP
CONSOLIDATED WELFARE BENEFIT PLAN,

                Defendants.
_____/

## **O R D E R**

This cause comes before the Court on its own.  On January 9, 2008, the Court directed Plaintiffs to show cause by a written response filed on or before January 15, 2008 why this case should not be dismissed for lack of prosecution due to the non-filing of a Case Management Report. (Doc. No. 18.)  The Court warned Plaintiffs that "[f]ailure to respond shall result in this action being dismissed without further notice."  To date, Plaintiffs have not responded to the Court's show cause order or filed a Case Management Report.  Accordingly, this case is dismissed without prejudice, pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report.  The Clerk is directed to terminate all pending motions and to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 16th day of January, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge